IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., <br> Plaintiff, <br> <br> v. <br> <br> EL 8 SPORTS BAR & BILLIARDS INC., individually and d/b/a El 8 and d/b/a EL 8 SPORTS BAR & BILLIARDS and d/b/a EL 8 SPORTS BAR BILLIARDS; NADIA J. ESQUIVEL a/k/a NADIA JEANETTEESQUIVEL, individually and d/b/a EL 8 and d/b/a EL 8 SPORTS BAR BILLIARDS; and JAIME CEDILLO a/k/a JAMIE CEDILLO, individually and d/b/a EL 8 and d/b/a EL 8 SPORTS BAR & BILLIARDS and d/b/a EL 8 SPORTS BAR BILLIARDS, <br> Defendants. | § § § § § § § § § § § § § § § § § § § § | Civil Action No. 3:13-CV-4433-M |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and noting that Defendant Jaime Cedillo withdrew his objections in light of a settlement, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  Defendant Cedillo's motion to set aside entry of default judgment*,* filed February 18, 2015 (doc. 14), is **DENIED**.

**SIGNED** this 15th day of September, 2015.

_____
**BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS**